IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PATRICIA MELONEE WISE                                                              PLAINTIFF

VS.                                                CIVIL ACTION NO. 3:11cv136DPJ-FKB

ROBERT A. MCDONALD, SECRETARY,
UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS                                                                    DEFENDANT

**PLAINTIFF'S EXHIBITS**

| | NUMBER | (DESCRIPTION) | SPONSOR | ID | EVID |
|---|---|---|---|---|---|
| 12-15-15 | P-1 | Original Complaint | ——— | | X |
| 12-15-15 | P-2 | Settlement Agreement and final Judgment of Dismissal | ——— | | X |
| 12-15-15 | P-3 | Protested "Competency Assessment" | ——— | | X |
| | P-4 | Alyssa Silberman's letter, Exhibit "A" to Reply | | | |
| | P-5 | Powe documents | | | |
| 12-15-15 | P-6 | 3/5/15 email | ——— | | X |
| 12-15-15 | P-7 | 6/3/15 email | ——— | | X |
| 12-15-15 | P-8 | 7/9/15 Memorandum (1st 2 pages only) | Patricia M. Wise-Green | | X |
| 12-15-15 | P-9 | 8/12/15 chain (4 pages) | ——— | | X |
| | P-10 | Pharmacy Tech job description | | | |
| 12-15-15 | P-11 | Wright-Brown's testimony | ——— | | X |
| 12-15-15 | P-12 | March 30, 2015 email from Trober to Wise | Patricia M. Wise-Green | | X |